JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT WESLEY KAFATIA,  )  <br> Petitioner,  ) <br> ) <br> v.  ) <br> ) <br> DERRAL G. ADAMS, Warden,  ) <br> ) <br> Respondent.  ) <br> _____ ) | Case No. CV 09-7119-CJC (SP) <br><br> **JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

Dated: February 7, 2013

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE